NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALEXANDER DOUGLAS MARTINEZ-ULLOA,　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　Appellant,　　　　　　　)
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　)　　Case No. 2D18-1542
　　　　　　　　　　　　　　　　　)
THE STATE OF FLORIDA,　　　　　　 )
　　　　　　　　　　　　　　　　　)
　　　　　Appellee.　　　　　　　　)
_____)

Opinion filed October 23, 2019.

Appeal from the Circuit Court for Manatee County; Brian Iten, Judge.

Nicholas Martino, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Katherine Coombs Cline, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

　　　　　　Affirmed.

NORTHCUTT, LUCAS, and BADALAMENTI, JJ., Concur.